**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7649**

CORNELIUS LEON LIGHTFOOT,

             Plaintiff - Appellant,

      v.

SUMNER, Deputy; HOBBS, Deputy,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:12-cv-00723-JCC-JFA)

Submitted: January 10, 2013          Decided: January 18, 2013

Before NIEMEYER, SHEDD, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Cornelius Leon Lightfoot, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornelius Leon Lightfoot seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Lightfoot seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED